January 8, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

FRED SATCHEL, Appellant

NO. 14-12-01051-CV                    V.

HOUSTON COMMUNITY COLLEGE, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on October 10, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Fred Satchel.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.